Priority  
Send ✓  
Enter ✓  
Closed  
~~JS-5~~/JS-6 ✓  
JS-2/JS-3 ___  
Scan Only ___

ENTERED
CLERK, U.S. DISTRICT COURT
FEB - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MEDINA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MULTALER, INC. dba YON-KA PARIS COMPANY, a Delaware corporation; HERVE PONTACQ, an individual,; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. CV 06-00107 MMM (AJWx) <br><br> JUDGMENT FOR DEFENDANTS |

The motion of defendants Multaler, Inc. dba Yon-Ka Paris Co. ("Yon-Ka") and Herve Pontacq ("Pontacq") for summary judgment came on regularly for hearing on January 8, 2007. The court having considered the evidence presented by the parties, and having reviewed the briefs and heard the argument of counsel,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Angela Medina ("Medina") take nothing by way of her complaint against defendants Yon-Ka and Pontacq;

2. That the action be, and it hereby is, dismissed; and

3. That defendants Yon-Ka and Pontacq recover their costs of suit herein.

DATED: February 7, 2007

_/s/ Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2